No. 937. S. E. C. CORPORATION, FORMERLY KNOWN AS CANADAY COOLER CO., INC., *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Rollin Browne* and *Paul Van Anda* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice* and *Harry Baum* for the United States.

No. 941. WESTERN FIRE & CASUALTY CO. *v.* GENERAL INSURANCE CO. OF AMERICA ET AL. C. A. 5th Cir. Certiorari denied. *Chas. C. Crenshaw* for petitioner. *Neth L. Leachman* for respondents.

No. 947. NIEPERT, EXECUTOR, *v.* CLEVELAND ELECTRIC ILLUMINATING CO. C. A. 6th Cir. Certiorari denied. *Louis S. Belkin* for petitioner. *James C. Davis* for respondent.

No. 963. MASSEY *v.* BRINDLEY ET AL. Court of Civil Appeals of Texas, Third Supreme Judicial District. Certiorari denied. *Robert Lee Guthrie* and *Searcy L. Johnson* for petitioner. *James P. Hart* and *Byron Skelton* for respondents.

No. 964. CARPINTERIA LEMON ASSN. ET AL. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 9th Cir. Certiorari denied. *Ivan G. McDaniel* for petitioners. *Solicitor General Rankin, Jerome D. Fenton, Stephen Leonard, Dominick L. Manoli* and *Samuel M. Singer* for respondent.

No. 1013. MASSENGALE *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.